MANUFACTURERS TRUST COMPANY, Plaintiff, v. SADENET REALTY, INC., and Others, Defendants. In the Matter of the Application of ISIDOR NEUWIRTH, as Receiver of the Rents, Profits, etc., of 701 Avenue C, Brooklyn, for an Order Directing DAVID WEISS to Account and Turn over to Said Receiver All Moneys Collected by Said WEISS for Rentals Beginning January 15, 1931, Respondent; DAVID WEISS, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Kapper, Scudder, Tompkins and Davis, JJ.; Lazansky, P. J., not voting.

JOHN MINETT, Respondent, v. EVERETT M. FREDERICK and LAURA H. FREDERICK, His Wife, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

MUNCH BREWERY, INC., Respondent, v. JOSEPH H. BERNSTEIN and Others, Defendants; WILLIAM SHUR and Others, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

FRANK O'HARA, Individually and as Executor, etc., of CLARA M. O'HARA, Deceased, Respondent, v. HENRY E. TEWES and Others, etc., Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

HARRY G. PIERPOINT, Respondent, v. HENRY W. FARNUM and Others, Appellants.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

HARRY G. PIERPOINT, Respondent, v. BARNETT FAROLL and Others, Appellants. — Motion for reargument denied, without costs. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

HARRY G. PIERPOINT, Respondent, v. JAMES M. HOYT and Others, Appellants. — Motion for reargument denied, without costs. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES GOODMAN, Appellant, v. LEWIS E. LAWES, as Warden of Sing Sing Prison, Ossining, New York, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

RUFUS RICHART, Respondent, v. ISAAC D. WILLIAMS, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

THOMAS STOKES, Respondent, v. EDWIN WOLF and MARION WOLF, Appellants. — Motion for reargument of motion to dismiss appeal denied. Motion for stay dismissed. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

SIDNEY F. STRONGIN, as Permanent Receiver, etc., Respondent, v. JOSEPH M. KLEIN and Others, Appellants, Impleaded with WILLIAM R. KLEIN and Others, Defendants.— Motion for reargument of motion for leave to serve and file limited case on appeal denied. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.